UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20076-TP-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**JUDGMENT & COMMITMENT UPON
VIOLATION OF SUPERVISED RELEASE**

FRANK GETTER,
Reg. No. #29940-018,

    Defendant.  /

It appearing to the Court that on **12/20/02** the Defendant, **Frank Getter** was sentenced to a period of **60 months incarceration,** to be followed by a **four (4) year** term of **supervised release** thereby placing the above-named defendant on supervised release pursuant to the Sentencing Reform Act of 1984, and Acts amendatory thereof, the Defendant having been duly brought before the Court for a hearing upon the petition of the United States Probation Officer.

On 05/29/08, the defendant, Frank Getter, appeared before the Court and admitted guilt to all the violations of the petition and the Court accepted such admission. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby ***REVOKED***. It is further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a period of **six (6) months** with credit for

time served since his arrest on this violation. The Court recommends the Southern District of Florida for the defendant to serve his sentence.  NO FURTHER SUPERVISION TO FOLLOW.

**DONE AND ORDERED** in Open Court in Miami, Dade County, Florida this 29th day of May, 2008 and signed this _30_ day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Mark Dispoto, AUSA
Ayana Harris, AFPD
U.S. Marshal (1 certified copies)
Bureau of Prisons (1 certified copy)
USPO Jose Hernandez